# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SULACO ENTERPRISES LLC, | Case No. 2:25-cv-01192 |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| CHECK POINT SOFTWARE TECHNOLOGIES LTD., | |
| Defendant. | |

## PLAINTIFF'S RULE 7.1(a)(1) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Plaintiff Sulaco Enterprises LLC states that no parent corporation or publicly held corporation owns 10% or more of its stock.

Dated:  December 5, 2025

Respectfully submitted,

 /s/ *Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF
SULACO ENTERPRISES LLC***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 5, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

      /s/ *Vincent J. Rubinio, III*
      Vincent J. Rubino, III