IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SULACO ENTERPRISES LLC, | ) | Case No. 2:25-cv-01192-JRG |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| CHECK POINT SOFTWARE TECHNOLOGIES LTD., | ) | |
| Defendant. | ) | |

**MOTION FOR ISSUANCE OF LETTERS ROGATORY FOR SERVICE OF PROCESS ON DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES LTD.**

Pursuant to Federal Rule of Civil Procedure 4(h)(2) and 4(f)(2)(B), Plaintiff Sulaco Enterprises LLC ("Sulaco") respectfully requests that this Court issue a Request for Service Abroad of Judicial or Extrajudicial Documents ("Letters Rogatory") (attached as Exhibit A), addressed to the appropriate judicial authority in Israel requesting that the Israeli authority assists in effecting service of process upon Defendant Check Point Software Technologies Ltd. ("Check Point").

Sulaco filed its Complaint (Dkt. No. 1) on December 5, 2025. This Court issued a Summons as to Check Point on December 8, 2025 (Dkt. No. 8). Upon information and belief, Check Point is a publicly-listed company with an address of 5 Shlomo Kaplan Street, Tel Aviv 6789159, Israel. Accordingly, Sulaco respectfully requests that this Court issue Letters Rogatory seeking the assistance of the Israeli authority in effecting service of the Complaint and Summons upon Check Point.

Sulaco respectfully requests that the Court return (a) the original copy of the signed and issued Letters Rogatory, and (b) two certified copies, to the undersigned counsel. The United States

Department of State will oversee transmission of the Letters Rogatory to Israel through diplomatic channels as provided in 28 U.S.C. § 1781(a)(2). Sulaco will reimburse this Court for any expenses incurred in connection with the issuance and return of the Letters Rogatory. Sulaco has retained the services of Process Service Network, LLC, 27201 Tourney Road, Suite 223, Valencia, CA 91355, to ensure delivery of materials and fees in accordance with U.S. and Israeli procedures.

Dated: December 23, 2025    Respectfully submitted,

/s/ *Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF
SULACO ENTERPRISES LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 23, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                           */s/ Vincent J. Rubino, III*
                                           Vincent J. Rubino, III