**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SULACO ENTERPRISES LLC, | ) ) | Case No. 2:25-cv-01192-JRG |
| Plaintiff, | ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | |
| CHECK POINT SOFTWARE TECHNOLOGIES LTD., | ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Sulaco Enterprises LLC ("Sulaco" or "Plaintiff") hereby gives notice that the above-captioned action, including all of Plaintiff's claims therein against Defendant Check Point Software Technologies Ltd. ("Check Point" or "Defendant") are voluntarily dismissed WITH PREJUDICE, with each party to bear its own costs of Court, expenses, and attorneys' fees.

Dated:  March 31, 2026

Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

*ATTORNEYS FOR PLAINTIFF,*
*SULACO ENTERPRISES LLC*