**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SULACO ENTERPRISES LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:25-CV-01192-JRG |
| | § | |
| CHECK POINT SOFTWARE | § | |
| TECHNOLOGIES LTD., | § | |
| *Defendant*. | § | |

### ORDER

Before the Court is the Notice of Voluntary Dismissal with Prejudice (the "Notice") filed by Plaintiff Sulaco Enterprises LLC ("Plaintiff"). (Dkt. No. 10). In the Notice, Plaintiff states that it dismisses its case against Defendant Check Point Software Technologies Ltd. ("Defendant") with prejudice. (*Id.* at 1).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all Plaintiff's claims against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs and attorneys' fees. All pending requests for relief asserted by the parties in the case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case because no parties or disputes remain.

## So Ordered this

**Apr 4, 2026**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE